UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FELIPE FERNANDEZ,

      Plaintiff,    25-cv-4672 (JGK)

 - against -       ORDER

SCOSHA W., LLC,

      Defendant.

---

JOHN G. KOELTL, District Judge:

 The parties are directed to submit a Rule 26(f) report by July 29, 2025.

SO ORDERED.

Dated: New York, New York
    July 15, 2025

              _____
              John G. Koeltl
             United States District Judge