```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FELIPE FERNANDEZ,
                              Plaintiff(s)
                                                                      25 civ 4672 (JGK)
              -against-

SCOSHA W., LLC,
                              Defendant(s).
-----------------------------------------------------------------X
```

## ORDER

The conference scheduled for September 23, 2025, at 12:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 15, 2025