UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Felipe Fernandez,

                          Plaintiff,                25-cv-4672 (JGK)

            - against -                             ORDER

Scosha W. LLC,

                          Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a revised Rule 26(f)

report by **March 11, 2026.**

SO ORDERED.

Dated:    New York, New York
          February 24, 2026

                                    _____
                                    John G. Koeltl
                                    United States District Judge